

UNITED STATES DISTRICT COURT

9557-46

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA DEL SOCORRO PARRA TELLEZ, A PERSONAL REPRESENTATIVE OF OSCAR MANUEL TELLEZ PEREZ, AND AS THE NATURAL TUTRIX OF HAEL TELLEZ PARRA | CIVIL ACTION<br><br>NO. 00-0067<br><br>SECTION "F" |
| VERSUS | MAGISTRATE DIV. 2 |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING AND TRADING COMPANY, S.A., SUNRISE SHIPPING CO., INC., *in personam*, AND THE M/V CHIOS SEA, her engine, tackle, apparel, *in rem* | |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, come defendants, Chios Sea Shipping & Trading, S.A., Harbor Shipping & Trading, S.A., and Sunrise Shipping Agency, Inc., and seek leave from this Honorable Court to file the attached Reply Memorandum to plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss, for the reasons more fully set forth in the accompanying Memorandum in Support hereof.

NO:99066037 1

DATE OF ENTRY MAR 3 2000

Fee _____
Process _____
X /Dktd _____
_ CtRmDep _____
_ Doc.No. _____

Respectfully submitted,

*[signature: Will J. Riviere]*

CHRISTOPHER O. DAVIS, T.A. (#4722)
WILLIAM J. RIVIERE (#20593)
400 Poydras Street
Texaco Center — 30th Floor
New Orleans, Louisiana 70130-3245
Telephone: (504) 566-1311
  and

**PHELPS DUNBAR, L.L.P.**
**Attorneys for defendants, Chios Sea Shipping & Trading, S.A., Harbor Shipping & Trading S.A. and Sunrise Shipping Agency, Inc.**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of February, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, first class mail, U.S. postage prepaid and/or by fax.

*[signature: William J. Riviere]*

UNITED STATES DISTRICT COURT

9557-46

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA DEL SOCORRO PARRA TELLEZ, A PERSONAL REPRESENTATIVE OF OSCAR MANUEL TELLEZ PEREZ, AND AS THE NATURAL TUTRIX OF HAEL TELLEZ PARRA | CIVIL ACTION<br><br>NO. 00-0067<br><br>SECTION "F" |
| VERSUS | MAGISTRATE DIV. 2 |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING AND TRADING COMPANY, S.A., SUNRISE SHIPPING CO., INC., *in personam*, AND THE M/V CHIOS SEA, her engine, tackle, apparel, *in rem* | |

### MEMORANDUM IN SUPPORT OF MOTION
### FOR LEAVE THE FILE REPLY MEMORANDUM

MAY IT PLEASE THE COURT:

Chios Sea Shipping & Trading, S.A., Harbor Shipping & Trading, S.A. and Sunrise Shipping Agency, Inc., defendants herein, seek leave from this Honorable Court to file the attached Reply Memorandum to plaintiffs' Memorandum in Opposition to defendants' Motion to Dismiss in order to briefly address certain factual assertions set forth in plaintiffs' Opposition Memorandum, and in order to rebut certain misstatements of fact and law set forth herein. Accordingly, defendants respectfully urge this Honorable Court to grant them leave to file the attached Reply Memorandum.

NO:99066037 1

Respectfully submitted,

*[signature: William J. Riviere]*

CHRISTOPHER O. DAVIS, T.A. (#4722)
WILLIAM J. RIVIERE (#20593)
400 Poydras Street
Texaco Center — 30th Floor
New Orleans, Louisiana 70130-3245
Telephone: (504) 566-1311
  and

**PHELPS DUNBAR, L.L.P.**
**Attorneys for defendants, Chios Sea Shipping & Trading, S.A., Harbor Shipping & Trading S.A. and Sunrise Shipping Agency, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of February, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by first class mail, U.S. postage prepaid and/or by fax.

*[signature: William J. Riviere]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

9557-46

| | |
|---|---|
| MARIA DEL SOCORRO PARRA TELLEZ, A PERSONAL REPRESENTATIVE OF OSCAR MANUEL TELLEZ PEREZ, AND AS THE NATURAL TUTRIX OF HAEL TELLEZ PARRA | CIVIL ACTION<br><br>NO. 00-0067<br><br>SECTION "F" |
| VERSUS | MAGISTRATE DIV. 2 |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING AND TRADING COMPANY, S.A., SUNRISE SHIPPING CO., INC., *in personam*, AND THE M/V CHIOS SEA, her engine, tackle, apparel, *in rem* | |

### ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that defendants be and are hereby granted leave to file the attached Reply Memorandum to plaintiffs' Memorandum in Opposition to Motion to Dismiss.

New Orleans, Louisiana this 2d day of March, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

NO:99066037.1