```
                                                    FILED
                                              U.S. DISTRICT COURT
                                           EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT    2000 MAR -8 P 3:45
EASTERN DISTRICT OF LOUISIANA    LORETTA G. WHYTE
                                               CLERK

**MARIA DEL SOCORRO TELLEZ, ETC.**          CIVIL ACTION

**VERSUS**          NO. 00-67

**TRINITY SHIP MANAGEMENT, S.A., ET AL.**          SECTION "F"

## JUDGMENT

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJDUGED AND DECREED that there be judgment in favor of defendants, Chios Sea Shipping Co., Harbor Shipping and Trading Co., S.A., Sunrise Shipping Co., Inc., and the M/V Chios Sea, and against plaintiff, Maria Del Socorro Tellez, a personal representative of Oscar Manuel Tellez Perez, and as the natural tutrix of Hael Tellez Parra, dismissing plaintiff's suit.

New Orleans, Louisiana, this 8TH Day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

MAR 9 2000

DATE OF ENTRY _____

Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
Doc.No. 13