



FILED
U.S. DISTRICT COURT
2000 APR 14 P 2: 31
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIA DEL SOCORRO PARRA TELLEZ, A PERSONAL REPRESENTATIVE OF OSCAR MANUEL TELLEZ PEREZ, AND AS THE NATURAL TUTRIX OF HAEL TELLEZ PARRA | * * * * * * | CIVIL DOCKET<br><br>NO. 00-0067 |
| VERSUS | * * | SECTION "F" |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING & TRADING CO., S.A., SUNRISE SHIPPING CO., INC., IN PERSONAM, AND THE M/V CHIOS SEA, HER ENGINES, APPAREL AND FURNITURE, IN REM | * * * * * * | MAG. 2<br><br>SEAMAN'S SUIT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that MARIA DEL SOCORRO PARRA TELLEZ, appeals the Judgment of the United States District Clerk for the Eastern District of Louisiana in this matter of March 8, 2000 to the United States Court of Appeals for the Fifth Circuit.

_____
RALPH E. SMITH
BAR NO. 12213
203 CARONDELET ST., SUITE 811
NEW ORLEANS, LA 70130
TELEPHONE: (504) 523-4737
ATTORNEY FOR PLAINTIFF,
MARIA DEL SOCORRO PARRA TELLEZ

Fee 105.00 pd
Process
X Dktd
CtRmDep
Doc No.