

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIA DEL SOCORRO PARRA TELLEZ, | * | CIVIL DOCKET |
| A PERSONAL REPRESENTATIVE OF | * | |
| OSCAR MANUEL TELLEZ PEREZ, | * | NO. 00-0067 |
| AND AS THE NATURAL TUTRIX OF | * | |
| HAEL TELLEZ PARRA | * | |
| | * | |
| VERSUS | * | SECTION "F" |
| | * | |
| TRINITY SHIP MANAGEMENT, S.A., | * | MAG. 2 |
| HARBOR SHIPPING & TRADING CO., S.A., | * | |
| SUNRISE SHIPPING CO., INC., | * | SEAMAN'S SUIT |
| *IN PERSONAM*, AND THE M/V CHIOS SEA, | * | |
| HER ENGINES, APPAREL AND FURNITURE, | * | |
| *IN REM* | * | |

*******************************************

### MOTION AND ORDER TO SUBSTITUTE DOCUMENT

MARIA DEL SOCORRO PARRA TELLEZ, plaintiff herein, through undersigned counsel, moves the Court For Leave to File the Original Affidavit of Constantin Mattheos in the record of this matter, substituting it for the copy which was previously filed.

_____
RALPH E. SMITH
BAR NO. 12213
203 CARONDELET ST., SUITE 811
NEW ORLEANS, LA 70130
TELEPHONE: (504) 523-4737
ATTORNEY FOR PLAINTIFF,
MARIA DEL SOCORRO PARRA TELLEZ

DATE OF ENTRY

APR 1 8 2000

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 12th day of April, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____
RALPH E. SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIA DEL SOCORRO PARRA TELLEZ, | * | CIVIL DOCKET |
| A PERSONAL REPRESENTATIVE OF | * | |
| OSCAR MANUEL TELLEZ PEREZ, | * | NO. 00-0067 |
| AND AS THE NATURAL TUTRIX OF | * | |
| HAEL TELLEZ PARRA | * | |
| | * | |
| VERSUS | * | SECTION "F" |
| | * | |
| TRINITY SHIP MANAGEMENT, S.A., | * | MAG. 2 |
| HARBOR SHIPPING & TRADING CO., S.A., | * | |
| SUNRISE SHIPPING CO., INC., | * | SEAMAN'S SUIT |
| IN PERSONAM, AND THE M/V CHIOS SEA, | * | |
| HER ENGINES, APPAREL AND FURNITURE, | * | |
| IN REM | * | |

*******************************************

## ORDER

Considering the foregoing pleading:

**IT IS ORDERED** that the original Affidavit of Constantin Mattheos be substituted in the record of this matter for the copy previously filed.

NEW ORLEANS, LOUISIANA, this 17TH day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

2PPEREZMOSD-2AAAAA

3