# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
JAN 1 2 2001
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB - 5 2001
LORETTA G. WHYTE
CLERK

No. 00-30446

D.C. Docket No. 00-CV-67 F

MARIA DEL SOCORRO TELLEZ, a personal representative of Oscar Manuel Tellez Perez and as the natural tutrix of Hael Tellez Parra

    Plaintiff - Appellant

 v.

CHIOS SEA SHIPPING & TRADING S A; HARBOR SHIPPING & TRADING CO S A; SUNRISE SHIPPING CO INC, in personam; CHIOS SEA MV, her engines, apparel and furniture, in rem

    Defendants - Appellees

Appeal from the United States District Court for the Eastern District of Louisiana, New Orleans.

Before KENNEDY*, JONES, and DeMOSS, Circuit Judges.

## J U D G M E N T

  This cause was considered on the record on appeal and the briefs on file.

  It is ordered and adjudged that the judgment of the District Court is affirmed.

  IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:
———————————— FEB 0 5 2001

  *Circuit Judge of the Sixth Circuit, sitting by designation.

FEB 0 5 2001

Case 2:00-cv-00067-MLCF   Document 21   Filed 02/05/2001   Page 2 of 4

U.S. COURT OF APPEALS
FILED
JAN 1 2 2001
CHARLES R. FULBRUGE III
CLERK

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 00-30446

---

MARIA DEL SOCORRO TELLEZ,
a personal representative of Oscar Manuel Tellez Perez
and as the natural tutrix of Hael Tellez Parra,

Plaintiff-Appellant,

versus

CHIOS SEA SHIPPING & TRADING S A;
HARBOR SHIPPING & TRADING CO S A; SUNRISE SHIPING CO INC,
in personam; CHIOS SEA MV, her engines,
apparel and furniture, in rem,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
District Court Docket Number: 00-CV-67-F

---

Before KENNEDY[*], JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[**]

This case presents the novel question whether the next-of-kin of a deceased Nicaraguan seaman is bound by the foreign forum selection clause contained in the seaman's contract of employment when bringing a wrongful death action against the

---

[*] Circuit Judge of the Sixth Circuit, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

seaman's employer. The last-minute withdrawal of appellant's counsel precluded oral argument in the case.[1] However, having considered appellant's position in light of the briefs and pertinent portions of the record we find no reversible error of fact or law in the district court's decision to enforce the forum selection clause. This decision is limited to the facts as they were developed before the district court, which are not dispositive of any broader ruling on the central issue raised by this litigation. On this limited basis, we affirm the judgment of the district court.

AFFIRMED.

---

[1] Oral argument in this matter had been set for January 8, 2001. On December 29, 2000 counsel or record for the appellant moved to withdraw from the case. Because appellant was in the process of terminating or had terminated her relationship with her attorney in Miami, who in turn discharged counsel in this court, counsel's motion to withdraw was granted.

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

U.S. COURT OF APPEALS
RECEIVED
JAN 16 2001

U.S. COURT OF APPEALS
F I L E D
JAN 16 2001
CHARLES R. FULBRUGE III
CLERK

NOTE: The Bill of Costs is due for filing in this office within 14 days from the date of the opinion. In accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

Maria del Socorro Parra Tellez, et al.   v.   Chios Sea Shipping & Trading, S.A., et al.    No. 00-30446

The Clerk is requested to tax the following costs against: Maria del Socorro Parra Tellez, as personal representative of Oscar Manuel Tellez Perez and as the natural tutrix of Hael Tellez Parra

| COSTS TAXABLE UNDER FRAP & LOCAL RULES 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief (with Appendix) | 10 | 52 | .25 | $130.00 | 10 | 52 | .25 | 130.00 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | | Total $ 130.00 | | | | |

Costs are hereby taxed in the amount of $ 130.00 this 5 day of Feb , 2001

Costs are taxed in the amount of $ 130.00

CHARLES R. FULBRUGE III, CLERK
By _____ Deputy Clerk

State of Louisiana
County of Orleans

I, William J. Riviere, _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 15th day of January , 2001.

_____
(Signature)

Attorney for Defendants/Appellees, Chios Sea Shipping & Trading, S.A.; Harbor Shipping & Trading, S.A., and Sunrise Shipping Agency, Inc.

*SEE REVERSE SIDE FOR LOCAL & FRAP RULES GOVERNING TAXATION OF COSTS

OP-JDT-7